**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 15, 2014**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00300-CV

---

## MARK LUCAS, Appellant

### V.

## OWEN KRATZ, JOHN V. LOVOI, T. WILLIAM PROTER, III, NANCY K. QUINN, WILLIAM L. TRANSIER, JAMES A. WATT, ANTHONY TRIPODO, BART H. HEIJERMANS, ALISA B. JOHNSON, GORDON F. AHALT, BERNARD DUROC-DANNER, AND MERIDIAN CONSULTING, Appellees

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2012-26160**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 18, 2014. On June 30, 2014 appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1.

The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby and Wise.